# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY BARREN,

 *Plaintiff,*

vs.

STATE OF NEVADA, *et al.,*

 *Defendants*.

2:10-cv-00626-KJD-LRL

ORDER

 Court mail has been returned from the last institutional address given by plaintiff with a notation reflecting that plaintiff has been released and no longer is at the address. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with Local Rule LSR 2-2, which requires that he immediately file with the Court written notification of any change of address,

 IT IS ORDERED that this action shall be DISMISSED without prejudice. The Clerk of Court shall enter final judgment accordingly.

 DATED: August 24, 2010

_____
KENT J. DAWSON
United States District Judge